| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Robert W. Dickerson, Jr. (SBN 89367)<br>E-mail: rdickerson@bwslaw.com<br>Burke, Williams & Sorensen, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA  90071<br>(213) 236-600; (213) 236-2700 Fax<br><br>ATTORNEY(S) FOR: Plaintiff HYPERTEXT TECHNOLOGIES, LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPERTEXT TECHNOLOGIES, LLC,<br><br>Plaintiff(s),<br>v.<br><br>COOLPAD TECHNOLOGIES, INC. and DOES 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br>8:19-cv-2365<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff, HYPERTEXT TECHNOLOGIES, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| HYPERTEXT TECHNOLOGIES, LLC, | Plaintiff |

12/09/2019
Date

/s/ Robert W. Dickerson, Jr.
Signature
Robert W. Dickerson, Jr.

Attorney of record for (or name of party appearing in pro per):

HYPERTEXT TECHNOLOGIES, LLC

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**
LA #4811-3690-4366 v1


American LegalNet, Inc.
www.FormsWorkFlow.com