**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Hypertext Technologies, LLC<br><br>v.<br><br>Coolpad Technologies, Inc. et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:19-cv-02365 DOC (JDEx)<br><br>**ORDER RE TRANSFER PURSUANT**<br>**TO GENERAL ORDER 19-03**<br>**(RELATED CASES)** |

**CONSENT**

~~I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.~~

**TRANSFER ORDER DECLINED**

_____        _____
Date                            United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Because the undersigned is recused from Hypertext Technologies, LLC v. Apple, Inc., 8:19-cv-02404, which is also assigned to the Honorable David O. Carter, no efficiencies will be gained by transferring this action.

January 6, 2020                 Josephine L. Staton
Date                            United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   8:19-cv-02356 JLS (KESx)   and the present case:

☐ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*
CV-34 (03/19)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)