EXHIBIT A

December 10, 2019 Notice Letter to Coolpad

HYPERTEXT TECHNOLOGIES, LLC

December 10, 2019

*Via FedEx*

Mr. Steve Cistulli
Chief Executive Officer
**Coolpad Technologies, Inc.**
530 Technology Drive, Suite 100
Irvine, CA 92618

Re:   Hypertext Technologies, LLC v. Coolpad Technologies, Inc.

Dear Mr. Cistulli:

This letter is to advise you that Hypertext Technologies, LLC ("HTL") is the owner of U.S. Patent No. 7,113,801 (the "'801 Patent"), which relates to technology developed by KTFreetel, a global leader in telecommunications, including cellular communications and messaging (now a part of Korea Telecom).

It has come to our attention that Coolpad Technologies, Inc. ("Coolpad") is currently infringing the '801 Patent by making, using, importing, offering for sale, and/or selling Coolpad devices that store and execute SMS (Short Message Service) text messaging application(s), for example, Coolpad Legacy smartphones, that receive an SMS text message including an application protocol identifier and URL information, and use the application protocol identifier and the URL information to receive data from a web server using an application program, such as a web browser, stored and executed by such Coolpad devices.

Prior to sending this letter, HTL filed an infringement action against Coolpad in the Central District of California, Case No. 8:19-cv-02365, asserting infringement of the '801 Patent ("Complaint"). A courtesy copy of the Complaint, as filed, is attached. As detailed in the claim chart attached to the Complaint, Coolpad devices, such as Coolpad Legacy smartphones, infringe the '801 Patent.

We would like to extend an opportunity to Coolpad to obtain a license to the '801 Patent without the need for costly and prolonged litigation. As it is clear that Coolpad has been enjoying the benefits of the patented technology of the '801 Patent, HTL must be compensated adequately and fairly for Coolpad's use of that technology. HTL will license the '801 Patent to Coolpad on reasonable terms, and offer discounts if appropriate, including potentially a discount for licenses taken without litigation. All such licensing discussions would be considered attempts to compromise, and thus would be confidential and not used as admissions against interest by either party in the litigation.

26522 La Alameda Ave., Suite 360
Mission Viejo, CA 92691
hypertext@email.com

Mr. Steve Cistulli
December 10, 2019
Page 2 of 2

While we have filed the Complaint, it has not yet been served.  We will hold off on service for a short time to allow the parties to engage in meaningful licensing discussions.  Even if and when the Complaint is served, we would be willing to extend the deadline for Coolpad's response to allow the parties to continue licensing discussions.  If we make progress in the discussions and the parties need additional time to negotiate in good faith, we would be willing to consider a stay of the litigation to allow the parties to complete their negotiations and enter into a license.  In our experience, the Court is generally amenable to such a stay if the parties are engaged in good faith licensing discussions.

If Coolpad is interested in discussing a licensing arrangement on reasonable terms, we are happy to provide any additional detail you may reasonably require relating to our licensing terms.  While we are willing to do this, we cannot and will not let this process operate merely to delay a license to the '801 Patent or the efforts to enforce HTL's intellectual property rights.  Kindly please let us know by no later than December 20, 2019 if Coolpad is interested in entering into good faith discussions with HTL for taking a license on reasonable terms under the '801 Patent.  Failing a positive response, we will conclude that Coolpad is not willing to license the '801 Patent and that pursuit of the Central District of California litigation is necessary.  As you may know, if Coolpad continues to infringe after receiving notice of the '801 Patent, that infringement could be deemed "willful," which would provide the basis for HTL to seek enhanced damages and its attorney fees and costs in addition to compensatory damages.

We look forward to receiving your response by <u>December 20, 2019.</u>  Should you wish to contact me, please do not hesitate to do so.

Sincerely,

Farshad Farjami
Hypertext Technologies, LLC

Enclosure:  Copy of the Complaint in *Hypertext Technologies, LLC v. Coolpad Technologies, Inc.,* Case No. 8:19-cv-02365 (C.D.Cal.)

EXHIBIT B

U.S. Patent No. 7,113,801

US007113801B2

(12) **United States Patent**

Back et al.

(10) Patent No.: **US 7,113,801 B2**

(45) **Date of Patent:** **Sep. 26, 2006**

(54) **METHOD FOR RECEIVING DATA USING SMS AND WIRELESS INTERNET AND SYSTEM THEREOF**

(75) Inventors: **Gap-Chun Back**, Uijeongbu-si (KR); **Seung-Hyouk Yim**, Seoul (KR); **Sung-Zoo Park**, Seoul (KR)

(73) Assignee: **KTFreetel Co., Ltd.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 341 days.

(21) Appl. No.: **10/221,139**

(22) PCT Filed: **Feb. 6, 2002**

(86) PCT No.: **PCT/KR02/00176**

§ 371 (c)(1),
(2), (4) Date: **Sep. 10, 2002**

(87) PCT Pub. No.: **WO02/063894**

PCT Pub. Date: **Aug. 15, 2002**

(65) **Prior Publication Data**

US 2003/0036396 A1     Feb. 20, 2003

(30) **Foreign Application Priority Data**

Feb. 6, 2001    (KR) ..................... 10-2001-0005547

(51) **Int. Cl.**
*H04Q 7/20*     (2006.01)
*H04M 3/42*     (2006.01)

(52) **U.S. Cl.** .................. **455/466**; 455/414.1; 709/206; 709/227

(58) **Field of Classification Search** ................ 455/466, 455/456.1–456.6, 414.1–414.4, 445, 556.1, 455/556, 556.2, 412.1, 412.2; 379/207.11, 379/252, 352, 355, 356, 407; 370/352, 401, 370/466, 467, 252, 354–356; 709/203–207, 709/218, 245, 226–230
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,903,726 A | * | 5/1999 | Donovan et al. | 709/206 |
| 5,987,504 A | * | 11/1999 | Toga | 709/206 |
| 6,205,330 B1 | * | 3/2001 | Winbladh | 455/426.1 |
| 6,292,669 B1 | * | 9/2001 | Meuronen et al. | 455/466 |
| 6,321,257 B1 | * | 11/2001 | Kotola et al. | 709/219 |
| 6,356,761 B1 | * | 3/2002 | Huttunen et al. | 455/456.1 |
| 6,424,828 B1 | * | 7/2002 | Collins et al. | 455/412.1 |
| 6,430,407 B1 | * | 8/2002 | Turtiainen | 455/411 |
| 6,560,456 B1 | * | 5/2003 | Lohtia et al. | 455/445 |
| 6,587,693 B1 | * | 7/2003 | Lumme et al. | 455/466 |
| 6,865,191 B1 | * | 3/2005 | Bengtsson et al. | 370/475 |
| 6,947,738 B1 | * | 9/2005 | Skog et al. | 455/426.1 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP     0 777 394 A1 *  6/1997

(Continued)

*Primary Examiner*—Charles N. Appiah
(74) *Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

(57)     **ABSTRACT**

The present invention relates to a method and system for receiving data by using the SMS and the wireless Internet. The method comprises the steps of receiving a short message from said service provider, wherein the short message comprises at least a service identifier and site information, determining whether or not there is an application protocol in the site information and executing an IP channel connecting program in correspondence with the application protocol, when the application protocol is in the site information, wherein the data receiving system receives data in correspondence with the application protocol from the service provider by executing the IP channel connecting program.

**5 Claims, 4 Drawing Sheets**



**US 7,113,801 B2**

Page 2

U.S. PATENT DOCUMENTS

2003/0163580  A1 *   8/2003   Lee ........................... 709/230

FOREIGN PATENT DOCUMENTS

| EP |   964 558  A1 * | 12/1999 |
| EP | 1 091 607  A2 | 4/2001 |
| EP | 1 128 627  A1 | 8/2001 |
| KR | 1999-0082676 | 11/1999 |
| KR | 2001-0002782 | 1/2001 |
| WO | WO 98/11744 | 3/1998 |
| WO | WO 98/34422 | 8/1998 |
| WO | WO 99/12365 | 3/1999 |

* cited by examiner

FIG. 1



U.S. Patent

Sep. 26, 2006

Sheet 2 of 4

US 7,113,801 B2

FIG. 2



U.S. Patent          Sep. 26, 2006          Sheet 3 of 4          US 7,113,801 B2

FIG. 3



FIG. 4



US 7,113,801 B2

**1**

## METHOD FOR RECEIVING DATA USING SMS AND WIRELESS INTERNET AND SYSTEM THEREOF

### TECHNICAL FIELD

The present invention relates to a method and system for receiving data by using SMS and wireless Internet.

### BACKGROUND ART

Recently, a Short Message Service, SMS, has been broadly used between mobile communication users. Also, a wireless Internet has been used more and more.

The SMS facilitates that a sender sends a short message by using mobile communication service to a recipient, then the recipient can receives the short message.

The SMS may be implemented by two ways. The one way is that a sender connects a web site using Internet and transmits a short message to a recipient using mobile communication terminal. The other way is that a sender using mobile communication terminal sends a short message to a recipient using mobile communication terminal.

To receive the short message, a separate terminal is needed. Also, the terminal may receives the short message in the middle of conversation. If a mobile communication terminal may not receive the short messages because of being turned off the power supply of the terminal, the short messages may be stored in a Short Message Service Center, SMSC. After that time, if the power supply is turned on, a message for indicating the arrival of the short messages is displayed on the display device. The terminal may receive the short messages stored in the SMSC according to a predetermined way. Also, recently, a sender, a user of one communication service company, may send short messages to a recipient, a user of another communication service company. Because a short message made of maximum 224 characters of the English may be send by using the SMS technology, the SMS technology has been used for providing weather information, stock information, transacting e-business, and other fields.

With the SMS methods, data of large size (for example, moving pictures) may not be transmitted, because the maximum size of data for transmitting is 224 characters of the English.

By using the wireless Internet technology, data provided by server may be transmitted to a user terminal via an Interworking Function, IWF, and a base station. A user may confirm the received data by handling a user terminal. Otherwise, data transmitted from the user terminal may be transmitted to the server via the IWF and the base station. The IWF has a modem and PPP server. Accordingly, users may receive or transmit data using only mobile communication terminal.

The WAP gateway converts data in HTTP protocol pattern into wireless data. If the function of the WAP gateway is embarked in the user terminal, separate WAP gateway may not be needed. Namely, a mobile communication terminal embarking the ME (Mobile Explorer) developed by MS may execute the function of the WAP gateway.

However, if users wish to use the data service by using the wireless Internet, they should connect the communication channel by handling their terminals and request the data service. Also, the service provider may not provide the data service for the users arbitrary, before the communication channel is connected by the users.

**2**

### DISCLOSURE OF THE INVENTION

The present invention is intended to overcome the above-mentioned disadvantages. Therefore, it is an object of the present invention to provide a method and system for receiving data by using the SMS and the wireless Internet. The system executes an IP channel connecting program, connects a web site by using the wireless Internet and receives the data.

To achieve the objects, one aspect of the present invention is a method for receiving data by using SMS (Short Message Service) and wireless network in a data receiving system coupled with a service provider through the wireless network. The method comprises the steps of receiving a short message from said service provider, wherein the short message comprises at least a service identifier and site information, determining whether or not there is an application protocol in the site information and executing an IP channel connecting program in correspondence with the application protocol, when the application protocol is in the site information, wherein the data receiving system receives data in correspondence with the application protocol from the service provider by executing the IP channel connecting program.

Moreover, The method further comprises the steps of dividing the short message into data fields and determining whether or not a user in correspondence with the data receiving system is a subscriber by using the service identifier. The data receiving system connects to a site using a URL in correspondence with the application protocol by executing the IP channel connecting program. Also, the application protocol is at least one selected from the group consisting of HTTP, FTP, advertisement, game, stock, sports and news.

Another aspect of the present invention is a user terminal system for receiving data by using SMS (Short Message Service) and wireless network coupled with a service provider through the wireless network. The user terminal system comprises a storage device and a processor that is coupled to said storage device, said storage device storing a short message program and an IP channel connecting program and said processor operative with said short message program to receive a short message from said service provider, wherein the short message comprises at least a service identifier and site information, determine whether or not there is an application protocol in the site information and execute an IP channel connecting program in correspondence with the application protocol, when the application protocol is in the site information, wherein the data receiving system receives data in correspondence with the application protocol from the service provider by executing the IP channel connecting program.

Still another aspect of the present invention is a user terminal system-readable medium having stored thereon the user terminal system-executable instructions for performing the method for receiving data by using SMS (Short Message Service) and wireless network in a data receiving system coupled with a service provider through the wireless network. The method comprising the steps of receiving a short message from said service provider, wherein the short message comprises at least a service identifier and site information, determining whether or not there is an application protocol in the site information and executing an IP channel connecting program in correspondence with the application protocol, when the application protocol is in the site information, wherein the data receiving system receives

US 7,113,801 B2

3

data in correspondence with the application protocol from the service provider by executing the IP channel connecting program.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above objects and other advantages of the present invention will become more apparent in detailed descriptions of the preferred embodiments thereof with reference to the attached drawings, in which:

FIG. 1 is a schematic illustration of a data receiving system using SMS (Short Message Service) and wireless Internet in accordance with one preferred embodiment of the present invention;

FIG. 2 is a schematic illustration of a user terminal receiving data by using SMS (Short Message Service) and wireless Internet in accordance with one preferred embodiment of the present invention;

FIG. 3 is an illustration of a data field structure of the short message received from the service provider in accordance with one preferred embodiment of the present invention; and

FIG. 4 is a flowchart illustrating an automatically connecting process to a web site by using the URL in correspondence with the application protocol comprised in the short message received by the data receiving system in accordance with one preferred embodiment of the present invention.

## BEST MODES FOR CARRYING OUT THE INVENTION

Hereinafter, preferred embodiments of the present invention will be described in more detail with reference to the accompanying drawings, but it is understood that the present invention should not be limited to the following embodiments.

FIG. 1 is a schematic illustration of a data receiving system using SMS (Short Message Service) and wireless Internet in accordance with one preferred embodiment of the present invention.

Referring to FIG. 1, the data receiving system using SMS and wireless Internet comprises at least one service provider 100, at least one user 400 and a base station which transmits data received from the service provider 100 to the user 400 or transmits data received from the user 400 to the service provider 100.

The service provider 100 comprises a web server 130 and SMS server 110. Or the service provider 100 only may comprise the web server 130 and the SMS server 110 may be comprised of a third business group. Namely, the third business group comprising the SMS server 110 provides site information using for data of the service provider 100 in short message pattern for the user 400.

The web server 130 has been stored various data for users 400. For the purpose of transmitting the various contents provided by the web server to the user 400 via the base station 300, a WAP gateway 200 may be needed. The WAP gateway 200 converts wire data or wireless data provided by the service provider 100 into wireless data or wire data, respectively. Namely, when the data are transmitted from the service provider 100 to the user 400, the WAP gateway 200 receives data in HTTP protocol pattern from the web server 130 via Internet, converts the data in WSP protocol pattern into the data in WSP protocol pattern and transmits the data in WSP protocol pattern to the user terminal 410. By using a browser of the user terminal 410, the data in WSP protocol pattern are displayed. When an ME (Mobile Explorer) is

4

embarked in the user terminal 410, the WAP gateway 200 may not be needed. According to the one preferred embodiment of the present invention, the ME browser may be embarked in the user terminal 410.

The user 400 requests data from the web server 130, by handling the user terminal 410. The web server 130 the data to the user terminal 410 via the base station 300, in correspondence with the user's request.

The SMS server 110 may provide short messages for the user 400. The short messages may comprise a service identifier, site information, and so on. The service identifier is a code assigned in advance, which is used for providing various data from the service provider 100. The site information may comprise application protocols, URLs corresponding to the application protocols and similar data. Also, the application protocols may be HTTPs, FTPs or other protocols.

The user 400 has the user terminal 410 which embarks the ME browser for using the data provided by the service provider 100. The user terminal 410 may receive the short messages transmitted from the service provider 100. Also, the user terminal 410 preferably may have an IP channel connecting program which connects a communication channel automatically according to the short messages and connects a web site corresponding to the URL.

Accordingly, the user 400 may connect the web site using the URL correspondence with the application protocols comprised in the short messages and be provided various data, in spite of requesting data service.

FIG. 2 is a schematic illustration of a user terminal receiving data by using SMS (Short Message Service) and wireless Internet in accordance with one preferred embodiment of the present invention.

Referring to FIG. 2, the user terminal 410 receives short messages transmitted from the SMS server 110. The user terminal 410 may comprise a receiver/transmitter 420 for transmitting a URL connecting request, a controller 435 for connecting the communication channel based on application protocols comprised in the received short messages, and storing device 480 for storing program which may be used for executing the controller 435 and connecting the communication channel.

The receiver/transmitter 420 may comprise an SMS receiver 430 for receiving the short messages and a URL connector 470 for transmitting the URL connecting request from the controller 435 to a server.

The storing device 480 may store a short message program 485 and the IP channel connecting program 490. The short message program 485 may be executed, simultaneously with being inputted the short messages in the SMS receiver 430. Also, the IP channel connecting program 490 may connect the communication channel corresponding to the application protocols comprised in the short messages.

The controller 435 may comprise a data field divider 440 for dividing the short messages into data fields by executing the short message program 485, a service identifier determiner 450 for identifying the service identifier comprised in the divided short messages and an application protocol determiner 460 for determining whether or not there are application protocols comprised in the short messages. The data field divider 440, the service identifier determiner 450 and the application protocol determiner 460 may be acting by executing the short message program 485.

The data field divider 440 may divide the short messages received in the SMS receiver 430 into the data fields.

US 7,113,801 B2

5

FIG. 3 is an illustration of a data field structure of the short message received from the service provider in accordance with one preferred embodiment of the present invention.

Referring to FIG. 3, the data field divider 440 may divide the short messages provided by service provider 100 into data fields. For example, the data field divider 440 may divide the short messages into a service identifier field, a first site information field, a second site information field, and similar fields. The service identifier field may store service identifiers. The first site information fields may store a first application protocol, a first URL and similar data. Also, the second site information fields may store a second application protocol, a second URL and similar data. The size of each field may preferably be assigned in advance.

When the following short message is received, 0003737: http://www.n016.com/info/info.html:            game:// 172.29.148.180/games/tetris.game,  the  data  field  divider 440 may divide the short message into the follows:

  the service identifier: 0003737;
  the first application protocol: http;
  the first URL: www.n016.com/info/info.html;
  the second application protocol: game;
  the second URL: 172.29.148.180/games/tetris.game.

From the data divided by the data field divider 440, the user terminal may recognize a short message that comprises the service identifier (0003737) for the user 400, web site information and information for games.

The service identifier determiner 450 may determine the sort of service that the user 400 has subscribed in advance by using the service identifier divided by the data field divider 440. If the user subscribes to the service provider 100, he may be provided the service identifier. The service provider 100 may store and manage the service identifier provided for the user 400. Also, the service identifier determiner 450 may omit the step of determining whether or not the user 400 is subscriber, because the service provider 100 may transmit the short messages only to the user 400 provided the service identifier.

The application protocol determiner 460 may determine whether or not the application protocol stored in the site information field is comprised in an application protocol list stored in the user terminal 410 in advance. Namely, the application protocol determiner 460 may determine whether or not the IP channel connecting program 490 for executing the application protocol stored in the user terminal 410 is registered. For example, when a application program stored in the user terminal 410 for executing the HTTP application protocol and the game application protocol, the user terminal 410 may connect a web site by using the URL in correspondence with the HTTP application protocol and the game application protocol. If the application protocols comprised in the short message received by the application protocol determiner 460 may be executable, the user terminal may execute automatically the IP channel connecting program 490 in correspondence with the application protocol.

FIG. 4 is a flowchart illustrating an automatically connecting process to a web site by using the URL in correspondence with the application protocol comprised in the short message received by the data receiving system in accordance with one preferred embodiment of the present invention.

Referring to FIG. 4, the data receiving system, the user terminal 410, receives the short message transmitted from the service provider 100 (Step 510). The service provider 100 provides the service identifier for the user 400 and transmits the short message to the user 400 in pre-deter-

6

mined period or by the user's request. The short message may comprise a service identifier, site information and other data. Also, the site information may comprise the application protocol, the URL and similar data.

The data receiving system divides the received short message into data fields (Step 520). The data fields may comprise the service identifier fields, site information fields. Also, the size of each data field is preferably pre-determined.

The data receiving system determines the sort of service that the user 400 has subscribed in advance by using the service identifier (Step 530). The service identifier may be managed by the service provider 100 or be stored in the user terminal 410.

The data receiving system determines whether or not the application protocol comprised in the received short message is registered (Step 540). The application protocol comprised in the received in the short message should be registered in the user terminal 410 in advance. If the application protocol is not registered in the user terminal 410, the user terminal 410 may not connect a web site by using the URL in correspondence with the application protocol provided by the service provider 100. In general, the user terminal 410 may embark the IP channel connecting program in correspondence with the HTTP application protocol. Otherwise, the user terminal 410 may have the IP channel connecting program in correspondence with other application protocol (for example, game, sports, news, stock). Accordingly, for connecting to the service provider 100 in correspondence with various application protocols, the IP channel connecting program in correspondence with each application protocol may preferably be embarked in the user terminal 410. If the IP channel connecting program is embarked in the user terminal 410, the application protocol list in correspondence with the IP channel connecting program may be stored in the user terminal 410 or be updated. The user terminal 410, the data receiving system, determines whether or not the application protocol transmitted from the service provider 100 is comprised in the application protocol list.

When the application protocol in the short message is comprised in the application protocol list, the data receiving system may execute the IP channel connecting program (Step 550). The IP channel connecting program may preferably be embarked in the user terminal 410 in advance.

The data receiving system may connect to a web site by using the URL in correspondence with the application protocol provided by the service provider 100, simultaneously with being executed the IP channel connecting program (Step 560). Namely, if the IP channel connecting program is executed, the data receiving system may transmit the URL to the IP channel connecting program and connect the web site by using the URL.

Accordingly, the data receiving system may connect the web site by using the URL, and request data service for the service provider 100. Also, the data receiving system may receive the data transmitted from the service provider 100 and display them on a display device.

INDUSTRIAL APPLICABILITY

According to the method and system for receiving data by using the SMS and wireless Internet in accordance with the present invention, the process for user's handling may be omitted, because the user terminal may execute an IP channel connecting program based on an application protocol comprised in a short message transmitted from a service

US 7,113,801 B2

7

provider and connect automatically to a web site by using a URL in correspondence with the application protocol.

Also, according to the method and system for receiving data by using the SMS and wireless Internet in accordance with the present invention, the use of data service may maximize by providing various application protocols that users may not recognize.

Also, according to the method and system for receiving data by using the SMS and wireless Internet in accordance with the present invention, users may use data services actively. Accordingly, the profit of the service provider may maximize.

Although the present invention has been described in terms of various embodiments, it is not intended that the invention be limited to these embodiments. Modification within the spirit of the invention will be apparent to those skilled in the art.

The invention claimed is:

**1**. A method for receiving data by using SMS (Short Message service) and wireless network in a user terminal coupled with a SMS server and at least a web server, comprising the steps of:

receiving a short message at said user terminal from said SMS server, wherein said short message comprises at least an application protocol identifier and URL information;

determining an IP channel-connecting program in correspondence with the application protocol identifier;

executing the IP channel-connecting program in correspondence with the application protocol identifier;

determining an application program in correspondence with the application protocol identifier;

connecting said web server in correspondence with said URL using the application program in correspondence with the application protocol identifier; and

receiving said data in correspondence with the application protocol identifier from the web server.

**2**. The method of claim **1**,

wherein said short message further comprises a service identifier

and further comprising the steps of:

dividing the short message into data fields; and

determining whether or not a user in correspondence with the user terminal is a subscriber by using the service identifier.

**3**. The method of claim **1**, wherein

said application protocol identifier is at least one selected from a protocol identifier corresponding to hypertext (HTTP), a protocol identifier corresponding to game (GAME) and a protocol identifier corresponding to advertisement(ADVER).

8

**4**. A user terminal system for receiving data by using SMS (Short Message service) and wireless network, in the user terminal system coupled with a SMS server and at least a web server, comprising:

a storage device; and

a processor coupled to said storage device,

said storage device storing a program for controlling said processor; and

said processor operative with said program to

receive a short message at said user terminal from said SMS server, wherein said short message comprises at least a application protocol identifier and URL information;

determine an IP channel-connecting program in correspondence with the application protocol identifier;

execute the IP channel-connecting program in correspondence with the application protocol identifier;

determine an application program in correspondence with the application protocol identifier;

connect said web server in correspondence with said URL using the application program in correspondence with the application protocol identifier; and

receive said data in correspondence with the application protocol identifier from the web server.

**5**. A user terminal-readable medium having stored thereon the user terminal executable instructions for performing a method for receiving data by using SMS (Short Message service) and wireless network in the user terminal coupled with a SMS server and at least a web server,

the method comprising the steps of:

receiving a short message at said user terminal from said SMS server, wherein said short message comprises at least an application protocol identifier and URL information;

determining an IP channel-connecting program in correspondence with the application protocol identifier;

executing the IP channel-connecting program in correspondence with the application protocol identifier;

determining an application program in correspondence with the application protocol identifier;

connecting said web server in correspondence with said URL using the application program in correspondence with the application protocol identifier; and

receiving said data in correspondence with the application protocol identifier from the web server.

*     *     *     *     *

EXHIBIT C

Coolpad Statement of Information

Filed September 17, 2019



# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F**

## G940135
# FILED

**In the office of the Secretary of State of the State of California**

## SEP-17 2019

1. **CORPORATE NAME**

COOLPAD TECHNOLOGIES INC.

2. **CALIFORNIA CORPORATE NUMBER**   C3406610

*This Space for Filing Use Only*

---

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

---

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>530 TECHNOLOGY DRIVE SUITE 100, IRVINE, CA 92618 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>530 TECHNOLOGY DRIVE SUITE 100, IRVINE, CA 92618 | | | |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4<br>KEVIN LITTLEFIELD    PO BOX 883, PROSPER, TX 75078 | | | |

---

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/    ADDRESS<br>STEVEN  CISTULLI    168 WHITECAP LANE, NEWPORT COAST, CA 92657 | | | |
| 8. SECRETARY    ADDRESS<br>KEVIN  LITTLEFIELD    2029 BARRET DRIVE, FRISCO, TX 75033 | | | |
| 9. CHIEF FINANCIAL OFFICER/    ADDRESS<br>KEVIN  LITTLEFIELD    2029 BARRET DRIVE, FRISCO, TX 75033 | | | |

---

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS  [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

LILY CHEN

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY          STATE   ZIP CODE

LILY CHEN 5850 OBERLIN DR #240, SAN DIEGO, CA 92121

---

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

WHOLESALE

---

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 09/17/2019 | KEVIN LITTLEFIELD | CFO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)                                         APPROVED BY SECRETARY OF STATE

EXHIBIT D

Maintenance Fees Paid for US Patent No. 7,113,801

# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

# METHOD FOR RECEIVING DATA USING SMS AND WIRELESS INTERNET AND SYSTEM THEREOF

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7113801 | 10221139 | 09/10/2002 | 09/26/2006 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 11.5 Year | Closed | Paid |

No maintenance fees are due.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 09/26/2009 | 03/27/2010 | 09/27/2010 | Closed | Paid |
| 7.5 Year | 09/26/2013 | 03/27/2014 | 09/26/2014 | Closed | Paid |
| 11.5 Year | 09/26/2017 | 03/27/2018 | 09/26/2018 | Closed | Paid |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 87164 |
| **Entity Status** | UNDISCOUNTED |
| **Phone Number** | 2489187161 |
| **Address** | Seng Min Cha |
| | 1231 Kirts Blvd. C |
| | Troy, MI 48084 |
| | UNITED STATES |

EXHIBIT E

Chain of Title for US Patent No. 7,113,801

**uspto** UNITED STATES
PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 10221139

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| METHOD FOR RECEIVING DATA USING SMS AND WIRELESS INTERNET AND SYSTEM THEREOF | 7113801 | 20030036396 | 10221139 | | |
| | Sep 26, 2006 | Feb 20, 2003 | Sep 10, 2002 | | |
| Gap-Chun Back, Seung-Hyouk Yim, Sung-Zoo Park | | | | | |

## Assignments (8 of 8 total)

### Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 050139/0738 | Aug 22, 2019 | Aug 22, 2019 | 1 | 2 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
CELLULAR EVOLUTION, LLC

**Correspondent**
FARSHAD FARJAMI
26522 LA ALAMEDA AVE
SUITE 360
MISISON VIEJO, CA 92691

**Assignee**
HYPERTEXT TECHNOLOGIES, LLC
26522 LA ALAMEDA AVE
SUITE 360
MISSION VIEJO, CALIFORNIA 92691

### Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049345/0935 | May 07, 2019 | Jun 03, 2019 | 6 | 4 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
NONGHYUP BANK CO., LTD.

**Correspondent**
FARSHAD FARJAMI
26522 LA ALAMEDA AVE
SUITE 360
MISISON VIEJO, CA 92691

**Assignee**
CELLULAR EVOLUTION, LLC
26522 LA ALAMEDA AVE
SUITE 360
MISSION VIEJO, CALIFORNIA 92691

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 029244/0839 | Oct 31, 2012 | Nov 05, 2012 | 16 | 4 |

**Conveyance**
NOTICE OF COMPLETION

**Assignors**

**Correspondent**

PANTECH CO., LTD.

H.C. PARK & ASSOCIATES, PLC
1894 PRESTON WHITE DRIVE
RESTON, VA 20191

**Assignee**
NONGHYUP BANK (AS THE TRUSTEE OF
IDEABRIDGE OPPORTUNITY PRIVATE SPECIAL
ASSET FUND 1 AND IDEABRIDGE OPPORTUNITY
PRIVATE SPECIAL ASSET FUND 2)
120, TONGIL-RO, JUNG-GU
SEOUL
KOREA, REPUBLIC OF

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 029042/0549 | Sep 28, 2012 | Sep 28, 2012 | 16 | 6 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
PANTECH CO., LTD.

**Correspondent**
H.C. PARK & ASSOCIATES, PLC
8500 LEESBURG PIKE, SUITE 7500
VIENNA, VA 22182

**Assignee**
NONGHYUP BANK (AS THE TRUSTEE OF
IDEABRIDGE OPPORTUNITY PRIVATE SPECIAL
ASSET FUND 1 AND IDEABRIDGE OPPORTUNITY
PRIVATE SPECIAL ASSET FUND 2)
120, TONGIL-RO, JUNG-GU
SEOUL
KOREA, REPUBLIC OF

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 028740/0459 | Dec 30, 2009 | Aug 07, 2012 | 1 | 14 |

**Conveyance**
MERGER (SEE DOCUMENT FOR DETAILS).

**Assignors**
PANTECH & CURITEL COMMUNICATIONS, INC.

**Correspondent**
H.C. PARK & ASSOCIATES, PLC
8500 LEESBURG PIKE
SUITE 7500
VIENNA, VA 22182

**Assignee**
PANTECH CO., LTD.
PANTECH R&D CENTER, I-2, DMC, SANGAM-DONG,
MAPO-GU
SEOUL 121-270
KOREA, REPUBLIC OF

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 022973/0471 | Jun 01, 2009 | Jul 20, 2009 | 23 | 13 |

**Conveyance**
MERGER (SEE DOCUMENT FOR DETAILS).

**Assignors**
KTFREETEL CO., LTD.

**Correspondent**
JONGWON KIM
5180 PARKSTONE DRIVE, STE 175
CHANTILLY, VA 20151

**Assignee**

KT CORPORATION
206, JUNGJA-DONG, BUNDANG-GU
KYEONGGI-DO
SEONGNAM-CITY 463-711
KOREA, REPUBLIC OF

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021127/0134 | Jun 16, 2008 | Jun 17, 2008 | 1 | 2 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
KTFREETEL CO., LTD.

**Correspondent**
ERNEST F. CHAPMAN
FINNEGAN, HENDERSON, FARABOW,
ET AL.
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C.20001-4413

**Assignee**
PANTECH CO., LTD. (50%)
PANTECH R&D CENTER
1-2, DMC SANGAM-DONG, MAPO-GU
SEOUL 171-270
KOREA, REPUBLIC OF

PANTECH& CURITEL COMMUNICATIONS INC.
(50%)
PANTECH R &D CENTER
1-2, DMC, SANGAM-SONG, MAPO GU
SEOUL 171-270
KOREA, REPUBLIC OF

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 013533/0225 | Sep 02, 2002 | Sep 10, 2002 | 1 | 3 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
BACK, GAP-CHUN
YIM, SEUNG-HYOUK
PARK, SUNG-ZOO

**Correspondent**
FINNEGAN, HENDERSON, FARABOW,
ET AL
MR. ERNEST F. CHAPMAN
1300 I STREET, N.W.
WASHINGTON, D.C. 20005-3315

**Assignee**
KTFREETEL CO., LTD.
890-20 DAECHI-DONG, GANGNAM-GU
135-280 SEOUL
KOREA, REPUBLIC OF

EXHIBIT F

Claim Chart for US Patent No. 7,113,801

Coolpad

| | **Coolpad Legacy** |
|---|---|
| 1. A method for receiving data by using SMS (Short Message service) and wireless network in a user terminal coupled with a SMS server and at least a web server, comprising the steps of: | Coolpad Legacy is a user terminal.<br><br>Coolpad Legacy includes the Android operating system.<br>https://coolpad.us/legacy-boost/<br><br><br><br>**Coolpad Legacy**<br><br>**Features & OS**<br>Qualcomm SDM450<br>1.8 GHz Octa Core<br>**Android 9 Pie**<br><br>https://support.coolpad.us/hc/en-us/articles/360024084273-Coolpad-Legacy-User-Manual-Boost-Mobile-Coolpad Legacy_3705_User Manual_Sprint_English.pdf (pages 20-21)<br><br>**Apps List**<br>The apps list expands to include any apps you download and install on your phone. The following table outlines the primary apps that have been preinstalled on your phone.<br><br>📹 **Messages**   Send and receive text messages and multimedia messages. |

| | |
|---|---|
| receiving a short message at said user terminal from said SMS server, wherein said short message comprises at least an application protocol identifier and URL information; | Coolpad Legacy receives SMS messages from an SMS server over a wireless network.<br><br>https://www.androidauthority.com/what-is-sms-280988/<br>The diagram shows the typical organizational structure of a GSM network that supports SMS. Source: Wireless Developer Network.<br><br><br><br>For example, records provided by the wireless network provider show that SMS messages are received.<br><br> |

The received SMS message may include an application protocol identifier such as "http" or "https". The received SMS message may also include URL information such as "bwslaw.com".



| | |
|---|---|
| determining an IP channel-connecting program in correspondence with the application protocol identifier; | Coolpad Legacy determines an IP channel-connecting program in correspondence with the application protocol identifier when an application program, such as a web browser, initiates a connection with a server over the Internet.<br><br>For example, the application program, such as the web browser may establish a connection with a web server using Android operating system APIs, such as java.net.HttpURLConnection and java.net.URLConnection.<br><br>When the application program, such as the web browser, requests a connection using these APIs, the Android operating system of Coolpad Legacy determines the appropriate "stream protocol handler" based on the application protocol identifier contained in the URL. "A stream protocol handler knows how to make a connection for a particular protocol type, such as http or https."<br><br>https://developer.android.com/reference/java/net/URLStreamHandler.html?hl=en<br><br>Added in API level 1<br><br>## URLStreamHandler<br><br>```public abstract class URLStreamHandler```<br>```extends Object```<br><br>java.lang.Object<br>    └ java.net.URLStreamHandler<br><br>The abstract class `URLStreamHandler` is the common superclass for all stream protocol handlers. A stream protocol handler knows how to make a connection for a particular protocol type, such as `http` or `https`.<br><br>In most cases, an instance of a `URLStreamHandler` subclass is not created directly by an application. Rather, the first time a protocol name is encountered when constructing a `URL`, the appropriate stream protocol handler is automatically loaded. |

| | |
|---|---|
| executing the IP channel-connecting program in correspondence with the application protocol identifier; | Coolpad Legacy executes the IP channel-connecting program in correspondence with the application protocol identifier when the application program, such as the web browser, initiates a connection with a server over the Internet.<br><br>For example, the application program, such as the web browser may establish a connection with a web server using Android operating system APIs, such as java.net.HttpURLConnection and java.net.URLConnection.<br><br>When the application program, such as the web browser, requests a connection using these APIs, the Android operating system of Coolpad Legacy executes the appropriate "stream protocol handler" based on the application protocol identifier contained in the URL. "The first time a protocol name is encountered when constructing a URL, the appropriate stream protocol handler is automatically loaded." https://developer.android.com/reference/java/net/URLStreamHandler.html?hl=en<br><br>Added in API level 1<br><br>## URLStreamHandler<br><br>`public abstract class URLStreamHandler`<br>`extends Object`<br><br>java.lang.Object<br>   L java.net.URLStreamHandler<br><br><br>The abstract class `URLStreamHandler` is the common superclass for all stream protocol handlers. A stream protocol handler knows how to make a connection for a particular protocol type, such as `http` or `https`.<br><br>In most cases, an instance of a `URLStreamHandler` subclass is not created directly by an application. Rather, the first time a protocol name is encountered when constructing a `URL`, the appropriate stream protocol handler is automatically loaded. |

| | |
|---|---|
| determining an application program in corresponden ce with the application protocol identifier; | The Android operating system included in Coolpad Legacy determines an application program, such as a web browser, in correspondence with the application protocol identifier.<br><br>For example, an Android app such as the Coolpad Legacy Messaging app may send an "implicit intent" with the type ACTION_VIEW.<br><br>https://developer.android.com/reference/android/content/Intent.html#ACTIO N_VIEW<br><br>ACTION_VIEW<br><br>Added in API level 1<br><br>`public static final String ACTION_VIEW`<br><br>Activity Action: Display the data to the user. This is the most common action performed on data -- it is the generic action you can use on a piece of data to get the most reasonable thing to occur. For example, when used on a contacts entry it will view the entry; when used on a mailto: URI it will bring up a compose window filled with the information supplied by the URI; when used with a tel: URI it will invoke the dialer.<br><br>Input: `getData()` is URI from which to retrieve data.<br><br>Output: nothing.<br><br>Constant Value: "android.intent.action.VIEW"<br><br>The ACTION_VIEW intent may include a URL.<br><br>https://developer.android.com/reference/android/content/Intent.html#intent-structure<br><br>Intent Structure<br><br>The primary pieces of information in an intent are:<br><br>• **action** -- The general action to be performed, such as `ACTION_VIEW`, `ACTION_EDIT`, `ACTION_MAIN`, etc.<br><br>• **data** -- The data to operate on, such as a person record in the contacts database, expressed as a `Uri`. |

When an "implicit intent" is used, the Android operating system "determine[s] which of the available components is best to run for that intent." https://developer.android.com/reference/android/content/Intent.html#intent-resolution

There are two primary forms of intents you will use.

- **Explicit Intents** have specified a component (via `setComponent(ComponentName)` or `setClass(Context, Class)`), which provides the exact class to be run. Often these will not include any other information, simply being a way for an application to launch various internal activities it has as the user interacts with the application.

- **Implicit Intents** have not specified a component; instead, they must include enough information for the system to determine which of the available components is best to run for that intent.

When using implicit intents, given such an arbitrary intent we need to know what to do with it. This is handled by the process of *Intent resolution*, which maps an Intent to an `Activity`, `BroadcastReceiver`, or `Service` (or sometimes two or more activities/receivers) that can handle it.

To determine the application programs, such as web browsers, which can accept and process an intent, the Android operating system attempts to match the intent against "intent filters" that are declared by apps in a file known as a "manifest file."

https://developer.android.com/guide/components/intents-filters.html

When you use an implicit intent, the Android system finds the appropriate component to start by comparing the contents of the intent to the *intent filters* declared in the manifest file of other apps on the device. If the intent matches an intent filter, the system starts that component and delivers it the `Intent` object. If multiple intent filters are compatible, the system displays a dialog so the user can pick which app to use.



**Figure 1.** How an implicit intent is delivered through the system to start another activity: **[1]** *Activity A* creates an **Intent** with an action description and passes it to **startActivity()** . **[2]** The Android System searches all apps for an intent filter that matches the intent. When a match is found, **[3]** the system starts the matching activity (*Activity B*) by invoking its **onCreate()** method and passing it the **Intent** .

The Android operating system may determine the application program, such as the web browser, by considering the "scheme" of the intent data. The scheme may be an application protocol identifier such as "http" or "https".

https://developer.android.com/reference/android/content/Intent.html#intent-resolution

For data that is not a `content:` URI and where no explicit type is included in the Intent, instead the **scheme** of the intent data (such as `http:` or `mailto:` ) is considered. Again like the action, if we are matching a scheme it must be listed by the component as one it can handle.

https://developer.android.com/guide/topics/manifest/data-element.html#scheme

`android:scheme`

The scheme part of a URI. This is the minimal essential attribute for specifying a URI; at least one `scheme` attribute must be set for the filter, or none of the other URI attributes are meaningful.

A scheme is specified without the trailing colon (for example, `http` , rather than `http:` ).

If the filter has a data type set (the `mimeType` attribute) but no scheme, the `content:` and `file:` schemes are assumed.

⭐ **Note**: Scheme matching in the Android framework is case-sensitive, unlike the RFC. As a result, you should always specify schemes using lowercase letters.

For example, the manifest file of the Chrome web browser includes an intent filter that sets the scheme attributes for "http" and "https".

```
169        <intent-filter>
170            <action
171                android:name="android.intent.action.VIEW"/>
172            <category
173                android:name="android.intent.category.DEFAULT"/>
174            <category
175                android:name="android.intent.category.BROWSABLE"/>
176            <data
177                android:scheme="googlechrome"/>
178            <data
179                android:scheme="http"/>
180            <data
181                android:scheme="https"/>
182            <data
183                android:scheme="about"/>
184            <data
185                android:scheme="javascript"/>
186        </intent-filter>
187        <intent-filter>
188            <action
189                android:name="android.intent.action.VIEW"/>
190            <category
191                android:name="android.intent.category.DEFAULT"/>
192            <category
193                android:name="android.intent.category.BROWSABLE"/>
194            <data
195                android:scheme="googlechrome"/>
196            <data
197                android:scheme="http"/>
198            <data
199                android:scheme="https"/>
200            <data
201                android:scheme="about"/>
202            <data
203                android:scheme="content"/>
204            <data
205                android:scheme="javascript"/>
206            <data
207                android:mimeType="text/html"/>
208            <data
209                android:mimeType="text/plain"/>
210            <data
211                android:mimeType="application/xhtml+xml"/>
```

If multiple application programs, e.g. multiple web browsers, are capable of handling the intent, the Android operating system displays a dialog so that the user can pick which application program, e.g. which web browser, to use.



| | |
|---|---|
| connecting said web server in correspond-ence with said URL using the application program in correspond-ence with the application protocol identifier; and | Coolpad Legacy connects to a web server that hosts the URL using the determined application program, such as the determined web browser. <br><br> For example, Coolpad Legacy connects to a web server that hosts the URL using the determined web browser, such as the Chrome web browser or another installed web browser, which corresponds to the application protocol identifier, such as "https."  The determined web browser then establishes a connection with the web server designated by the URL using Android operating system APIs, such as java.net.HttpURLConnection and java.net.URLConnection. <br><br> https://developer.android.com/reference/java/net/HttpURLConnection?hl=en <br><br> ## HttpURLConnection <br><br> `public abstract class HttpURLConnection` <br> `extends URLConnection` <br><br> java.lang.Object <br> └ java.net.URLConnection <br>     └ java.net.HttpURLConnection <br><br> ⌄ Known direct subclasses <br>   HttpsURLConnection <br><br><br> A URLConnection with support for HTTP-specific features. See the spec for details. |

1. Obtain a new `HttpURLConnection` by calling `URL#openConnection()` and casting the result to `HttpURLConnection` .

2. Prepare the request. The primary property of a request is its URI. Request headers may also include metadata such as credentials, preferred content types, and session cookies.

3. Optionally upload a request body. Instances must be configured with `setDoOutput(true)` if they include a request body. Transmit data by writing to the stream returned by `URLConnection.getOutputStream()` .

4. Read the response. Response headers typically include metadata such as the response body's content type and length, modified dates and session cookies. The response body may be read from the stream returned by `URLConnection.getInputStream()` . If the response has no body, that method returns an empty stream.

5. Disconnect. Once the response body has been read, the `HttpURLConnection` should be closed by calling `disconnect()` . Disconnecting releases the resources held by a connection so they may be closed or reused.

For example, to retrieve the webpage at `http://www.android.com/` :

```
URL url = new URL("http://www.android.com/");
HttpURLConnection urlConnection = (HttpURLConnection) url.openC(
try {
  InputStream in = new BufferedInputStream(urlConnection.getInpu
  readStream(in);
} finally {
  urlConnection.disconnect();
}
```

The actual network connection may be established when the URLConnection.connect() method is called.

https://developer.android.com/reference/java/net/URLConnection.html?hl=en#connect()

connect

Added in API level 1

```
public abstract void connect ()
```

Opens a communications link to the resource referenced by this URL, if such a connection has not already been established.

If the `connect` method is called when the connection has already been opened (indicated by the `connected` field having the value `true`), the call is ignored.

URLConnection objects go through two phases: first they are created, then they are connected. After being created, and before being connected, various options can be specified (e.g., doInput and UseCaches). After connecting, it is an error to try to set them. Operations that depend on being connected, like getContentLength, will implicitly perform the connection, if necessary.

| | |
|---|---|
| receiving said data in correspondence with the application protocol identifier from the web server. | Coolpad Legacy receives data in correspondence with the application protocol identifier from the web server.<br><br>For example, Chrome web browser running on Coolpad Legacy may receive an HTTP response from the web server using the URLConnection.getInputStream() method.<br><br>https://developer.android.com/reference/java/net/HttpURLConnection?hl=en<br><br>1. Obtain a new `HttpURLConnection` by calling `URL#openConnection()` and casting the result to `HttpURLConnection`.<br><br>2. Prepare the request. The primary property of a request is its URI. Request headers may also include metadata such as credentials, preferred content types, and session cookies.<br><br>3. Optionally upload a request body. Instances must be configured with `setDoOutput(true)` if they include a request body. Transmit data by writing to the stream returned by `URLConnection.getOutputStream()`.<br><br>4. Read the response. Response headers typically include metadata such as the response body's content type and length, modified dates and session cookies. The response body may be read from the stream returned by `URLConnection.getInputStream()`. If the response has no body, that method returns an empty stream.<br><br>5. Disconnect. Once the response body has been read, the `HttpURLConnection` should be closed by calling `disconnect()`. Disconnecting releases the resources held by a connection so they may be closed or reused.<br><br>After the HTTP response is received from the web server, the web browser may render the web page corresponding to the URL on the screen of Coolpad Legacy. |

